UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Misc. No. |
| v. | ) | (Related to Cr. No. 06-355) |
| RASHEED JAMES, | ) | |
| Defendant, | ) | |
| ARCOSA, INC., and its successors and assigns, | ) | ELECTRONICALLY FILED |
| Garnishee. | ) | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court to direct the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment ("Judgment"), entered on March 6, 2008, against the Defendant in the above-cited action, Rasheed James, Social Security Number XXX-XX-7799, whose last known address is XXXXXXXXXXXXX, Pittsburgh, PA.

The total balance due on the Judgment as of March 28, 2019, is $15,326.99.

Not less than 30 days have elapsed since the demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due.

The United States believes that the Garnishee owes or will owe money or property to the Defendant or is in possession of property of the Defendant. The United States also believes the Defendant holds a non-exempt interest in this property.

The name and address of the Garnishee is Arcosa, Inc, 2525 N. Stemmons Freeway, Dallas, TX  75207-2401.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney


s/David Lew
DAVID LEW
Assistant U.S. Attorney
Counsel for Plaintiff
Joseph F. Weis, Jr., U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412) 894-7482
(412) 644-5870 - fax
david.lew@usdoj.gov
PA ID#320338 (ss)